ACCEPTED
06-18-00023-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2018 4:35 PM
DEBBIE AUTREY
CLERK

No. 06-18-00023-CV

IN THE

SIXTH COURT OF APPEALS

at TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2018 4:35:20 PM
DEBBIE AUTREY
Clerk

GLYN WEAVER
Appellant,

v.

H.E. LACY, INC.
Appellee.

Appealed from the 159th District Court of
Angelina County, Texas
Trial Court Cause No. CV-00705-16-10

UNOPPOSED MOTION FOR EXTENSION
OF TIME BY APPELLANT GLYN WEAVER

Curtis (Curt) W. Fenley, III
State Bar No. 06902010
Fenley & Bate, LLP.
224 E. Lufkin Avenue
Lufkin, Texas 75901
Tel. (936) 634-3346
Fax (936) 639-5874
cfenley @fenley-bate.com
ATTORNEY FOR APPELLANT
GLYN WEAVER

To the Honorable Court of Appeals:

Under Rules 2, 10.5(b), and 38.6(d) of the Texas Rules of Appellate Procedure, Appellant, Glyn Weaver, request a 30-day extension of time on the current deadline to file their brief:

1. Appellant Weaver was the Defendant in the underlying action.

2. This is an appeal from a Final Judgment on a Motion for Summary Judgment by Appellee and Plaintiff, H.E. Lacy, Inc.

3. The record in this interlocutory appeal was filed on May 11, 2018. That makes the Appellant's brief due on June 11, 2018. *See* Tex. R. App. P. 38.6(a).

4. Appellant Weaver requests a 30-day extension of the current deadline. That would make the new deadline Wednesday, July 11, 2018. *See* Tex. R. App. P. 4.1(a).

5. As set forth in the Certificate of Conference below, Appellees' counsel does not oppose this extension request.

6. The principal reason for this extension request is that lead appellate counsel for the Appellant, has been involved with a heavy trial schedule and is leading a conference that has been scheduled for approximately a year. As mentioned above, the record was filed on May 11, 2018, which started the clock running for the Appellant's brief.

7.    Mr. Fenley was unable to complete work on the brief in this appeal because of other time commitments. For example:

(a).    Mr. Fenley is currently the President of the Texas Chapter of the American Board of Trial Advocates (TEX-ABOTA). In his capacity as president, Mr. Fenley attended the Southeast Chapter of the American Board of Trial Advocates (SEABOTA) in Charleston, SC to present a report of the regional association during the period of May 17 – 20, 2018.

(b).    As president, Mr. Fenley will be leading the TEX-ABOTA annual CLE conference in Santa Fe, NM on June 6 through June 10, 2018.

(c).    Mr. Fenley has an active litigation practice that has required attention to numerous activities responsive to deadlines or court settings during the timeframe. Many have required the necessity of travel outside of the city of counsel's office. As examples:

- meeting with clients in Kilgore to complete discovery responses to a traumatic brain injury claim

- mediation in Dallas in a multi-party vehicle accident and insurance coverage dispute

- presenting testimony and evidence in Crockett in a condemnation of a right of way

- counseling a client and responding to a demand regarding property damage in a controlled burn program

- attending and participating in deposition of fact witnesses in a claim involving traumatic brain injuries in multiple minor plaintiffs in a 18-wheeler accident

- coordinating discovery responses from a client regarding a claim of a toxic substance spill in Brazoria County, with the client from Colorado and the client corporate representative in England

- attending and presenting a minor's settlement friendly suit hearing in Marshall in an 18-wheeler accident

- investigation and coordinating with client company and driver in a multi-vehicle, multiple fatality 18-wheeler accident in Tyler

8.    Mr. Fenley's practice also includes representation of several institution/entities and individuals that have business or personal legal needs such as employment disputes, contracts, and estate planning that have necessitated various meetings and document preparation during this time frame.

9.    Further, the issues in this summary judgment appeal involve technical questions about interpretation of appellant's position under a lease agreement with a "first right of refusal" as opposed to a "right to purchase" and trial court's determination whether the plaintiff met its burden to establish summary judgment.

Mr. Fenley believes it will take more than the usual amount of time for him to provide the research and analysis of this technical issues and write the brief for his client.

10.    Therefore, Appellant Weaver request a 30-day extension of the current deadline for their brief. This will give them time to prepare a brief that will be as helpful to the Court as possible, hopefully reducing the effort the Court will need to expend in deciding this appeal.

Wherefore, Appellant Glyn Weaver, request a 30-day extension of their current briefing dead-line, which will make their brief due on Wednesday, July 11, 2018. Appellant Weaver further requests general relief.

Respectfully submitted,

_____
**CURTIS (CURT) W. FENLEY, III**
**FENLEY & BATE, L.L.P.**
224 E. LUFKIN AVENUE
LUFKIN, TEXAS 75902-0450
TPN:  (936) 634-3346
FAX:        (936) 639-5874
SBN:  06902010
E-mail: cfenley@fenley-bate.com

***ATTORNEY FOR APPELLANT***
**GLYN WEAVER**

## CERTIFICATE OF CONFERENCE

On June 5, 2018, I conferred by telephone with Appellee's counsel, Thomas Deaton, who stated that he does not oppose a 30-day extension, so long as Appellant will not oppose a similar request by Mr. Deaton. Appellant has agreed to this condition.

_____
CURTIS (CURT) W. FENLEY, III

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record in the above-numbered and styled cause, do hereby certify that on the 5th day of June, 2018, I served a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief on Appeal, on all parties and counsel of record, by sending the same as follows:

Mr. Thomas Deaton  ☐ By certified mail
Deaton Law Firm, P.C.  ☐ By regular mail
103 East Denman  ☐ By overnight mail
Lufkin, Texas 75901  ☐ By hand delivery
Via Fax: (936) 637-7784  ☐ By Facsimile
 ☒ By Efile

_____
CURTIS (CURT) W. FENLEY, III